

One Liberty Plaza, Floor 46
New York, NY 10006
(212) 548-3212

500 East Main St., Suite 1400
Norfolk, VA 23510
(757) 904-5373

December 5, 2024

**VIA ECF**

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

*Gemini Trust Company, LLC v. Financial Crimes Enforcement Network*,
No. 24-mc-266-RA

Dear Judge Abrams:

     This firm represents Gemini Trust Company, LLC ("Gemini"). We write pursuant to the Court's November 25, 2024 order to advise the Court that Gemini does not intend to seek the production of any additional policies or procedures in connection with the subpoena at issue in this action.

     Respectfully submitted,

     /s/ John F. Baughman

cc:    Counsel of Record