UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GEMINI TRUST COMPANY, LLC,

                Petitioner,

      v.

FINANCIAL CRIMES ENFORCEMENT NETWORK,

                Respondent.

24-MC-266 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

In light of the privileged nature of the materials sought in Petitioner's Rule 45 subpoena, the Court's order denying Petitioner's motion to compel has been filed under seal. *See S.E.C. v. Yorkville Advisors, LLC*, 300 F.R.D. 152, 166 (S.D.N.Y. 2014); *United States v. Holihan*, 248 F. Supp. 2d 179, 186–87 (W.D.N.Y. 2003).

SO ORDERED.

Dated:    December 6, 2024
             New York, New York

_____
Ronnie Abrams
United States District Judge